## RANCHO HOLDINGS, LLC, Plaintiff–Appellee

v.

## MANZANILLO ASSOCIATES, LTD; T.F. Stone Companies, Inc., Defendants.

## Tommy Fitzgerald Stone, I, Defendant–Appellant.

Bruce Martin Myers, Defendant.

No. 11–3789.

United States Court of Appeals, Eighth Circuit.

Submitted: Oct. 8, 2012.

Filed: Oct. 15, 2012.

Tommy Fitzgerald Stone, I, Dallas, TX, pro se.

Quinton D. Lucas, Rouse Hendricks German May P.C., Kansas City, MO (Charles W. German, Lawrence A. Rouse, on the brief), for appellee.

Before WOLLMAN, MELLOY, and SHEPHERD, Circuit Judges.

PER CURIAM.

Tommy Stone, proceeding pro se, appeals the district court's [1] adverse grant of summary judgment in this declaratory judgment action based on a contract dispute.[2] Upon careful de novo review, *see Eng v. Cummings, McClorey, Davis & Acho, PLC,* 611 F.3d 428, 432 (8th Cir. 2010) (standard of review), we find no basis for reversal, and we affirm, *see* 8th Cir. R. 47B.

1. The Honorable John T. Maughmer, United States Magistrate Judge for the Western District of Missouri, to whom the case was referred for final disposition by consent of the parties pursuant to 28 U.S.C. § 636(c).

2. As Stone is proceeding pro se on appeal, we note that he represents only himself in this matter. *See Rowland v. Cal. Men's Colony,* 506 U.S. 194, 201–02, 113 S.Ct. 716, 121 L.Ed.2d 656 (1993) (corporations, partnerships, or associations cannot appear in federal court other than through licensed attorney).